IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | § |
| Plaintiff, | § |
| vs. | § C.A. NO. 1:14-CV-00348-KD-C |
| WAR BAMA BY CHRIS, LLC, et al., | § |
| Defendants. | § |

## MOTION FOR SUMMARY JUDGMENT

COMES NOW Joe Hand Promotions, Inc., Plaintiff in the above-styled matter, by and through counsel and, pursuant to Rule 56 FRCP, moves for a summary judgment to be entered against Defendants, Eula Sheffield Neal, individually and as an officer, director, shareholder and/or principal of War Bama by Chris, LLC d/b/a War Bama and War Bama by Chris, LLC d/b/a War Bama, on all claims, there being no genuine issue as to any material fact and Plaintiff being entitled to judgment as a matter of law.

The motion is based on the pleadings, discovery and evidence filed in this matter, as well as the supporting brief.

Dated: April 30, 2015

/s/ *F. Page Gamble*
F. Page Gamble, Esq.
F. PAGE GAMBLE P.C.
300 Vestavia Parkway
Suite 2300
Birmingham, AL 35216
(T): (205) 795-2078
(E): page@gamblelaw.net

*Attorneys for Joe Hand Promotions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Willie J. Huntley, Jr.
Huntley Law Firm
P.O. Box 370
Mobile, AL 36601-0370
(334) 434-0007
Email: huntfirm@bellsouth.net

*Attorney for the Defendants*

                                            /s/ *F. Page Gamble*
                                            Of Counsel