# EXHIBIT A(2)

# UFC PIRACY AFFIDAVIT

| | |
|---|---|
| **STATE OF** | : ALABAMA |
| **COUNTY OF** | : Choctaw |

I, the undersigned, being duly sworn according to law, deposes and says, that on Saturday, July 7, 2012, I entered the commercial establishment known as The WARBAMA, located at 20069 Hwy 84, Silas, AL, at approximately 8:15 PM. This establishment is described as a single story building. I did not observe a satellite dish on the premises.

I paid the sum of **$ 10.00** cover charge to enter the establishment. The doorperson is described as a white male, mid thirties, 5'10", 210 lbs., with short brown hair.

I ordered a beer from the bartender, whose name was Cindy and is described as a white female, late thirties, with brown hair wearing a white & pink tank top and blue jeans shorts.

I observed **2** television sets, which are described as a 72 inch projection television and a 52 inch flat screen television set which is located in the following position within the establishment. The projection set was in front of the bar and the flat screen was behind the bar.

On the television sets I observed the **first match** between the following undercard fighters: Ivan Menjivar & Mike Easton.

On the television sets, I observed the main event between Silva vs. Sonen. Silva won the match in the second round by TKO.

**Silva** was wearing gold trunks and **Sonen** was wearing **white** trunks.

I also observed **the following action in the ring:**

**Sonen dominated the first round and Silva knocked out Sonen in the second round.**

I also observed the following logo(s) on the screen: Dishnetwork UFC 148, channel 474.

I **was** able to see the box that the televisions were tuned to. Channel 474 was tuned in.

The inside of the establishment can be described as follows: An open floor plan with a stage to the west, the bar is to the north, and the entry is to the east with one pool table and 4 sitting tables in front of the projection television. There was a horseshoe shape bar approximately 35 feet long. There was one golf, Golden Tee game, besides the pool table.

In my opinion, the approximate capacity of this establishment is **300** people. At the time I was in the establishment, I took three head counts. I counted approximately **6** people on the first count at 8:15 PM, **32** people on the second count at 10:15 PM, and **40** people on the third count at 10:35 PM.

I left the establishment at approximately 12:15 PM.

I took video of the outside of the above described establishment **on July 7, 2012 at approximately 8:10 PM and 12:15AM**. Video of the inside of the above described establishment **was obtained on July 7, 2012 at approximately 10:15 PM to 12:00 midnight** which are attached hereto and made a part hereof and are intended to substantiate and verify the location of my observations as described herein.

There was a parking lot adjacent to the establishment in which I noted the following vehicles by their make/model/ color and license plates :
A 2005 Ford F150, MS # CK7252
A white Chevrolet 4 door car, AL # 16A28Y5
A 4 door Dodge 4X4, AL # CAB326
A tan Chevrolet Tahoe, AL # 15A3556
A black GMC Sierra, AL # CAB634
A red Mazda car, AL # 15AO7N2
A Toyota, AL # 65A15A8
A white Toyota Scion, AL # 2B98N64
A gray Ford Expedition, AL # AW63739
A Mazda, AL # 65A05C2

Dated: July 9, 2011 2012        Signed: _____
                                Print Name: Walker Preston Childress
                                Agency:
                                Address:
                                City/State/Zip:
                                Phone/fax:
                                PI #

State of Alabama     )
                     ) ss.:
County of Mobile     )
On the 9 day of July, 2012, before me, the undersigned, a Notary Public in and for said State, personally appeared, Walker Childress, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

**MY COMMISSION EXPIRES OCTOBER 12, 2015**



## PHOTOGRAPH SHEET

## WARBAMA








