# EXHIBIT A(3)

# JOE HAND PROMOTIONS INC.

407 E. Pennsylvania Blvd., Feasterville, PA 19053

Phone: (215):364-9000
FAX:   (215):364-5474

## ULTIMATE FIGHTING CHAMPIONSHIP



## RATE CARD

| | |
|---|---|
| 0-50 | $ 900.00 |
| 51-100 | $1100.00 |
| 101-150 | $1200.00 |
| 151-200 | $1,300.00 |
| 201-250 | $1,600.00 |
| 251-300 | $1,800.00 |
| 301-350 | $2,100.00 |
| 351-400 | $2,500.00 |
| 401-450 | $3,000.00 |
| 451-500 | $3,500.00 |
| 501+ | Call to discuss |
| Casinos | Call to discuss |

 **Please note, the ratecard prices are inclusive of the $200.00 technical fees.
Rates are based on FCO *NOT* EVO** 

For more information, call your Joe Hand Promotions representative at:

# 800-557-4263

If you received this fax in error, please call 800-557-4263 to be removed from our fax list.