# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) C.A. NO. 1:14-cv-00348-KD-C |
| | ) |
| WAR BAMA BY CHRIS LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES TO EULA NEAL & WAR BAMA BY CHRIS LLC d/b/a WAR BAMA

COMES NOW the Defendants, WAR BAMA BY CHRIS LLC d/b/a WAR BAMA and EULA SHEFFIELD NEAL, and hereby responds to Plaintiff, JOE HAND PROMOTIONS, INC., First Set of Interrogatories to Defendants as follows:

Defendants' objections are made without giving or intending to waive, but on the contrary, intending to preserve and preserving.

1. Any additional objections Defendants may make. All such objections are expressly reserved;

2. All questions as to competency, relevancy, materiality, and admissibility of any documents produced or any information provided by the Defendants.

3. Defendants expressly object to providing any documents protected from discovery by attorney/client privilege, work-product immunity, self-evaluative privilege, or any other applicable privilege or immunity. Any inadvertent production of privileged materials does not constitute a waiver;

4. The right of any party to object on any grounds on the use of the information and documents on the subject matter thereof, produced in response to these requests/interrogatories in any subsequent proceeding in, or at the trial of this or any other action; and

5. The right of any party to object on any ground at any time to a demand for further responses to these or any other discovery procedures involving or related to the subject matter of the document requests herein answered.

## GENERAL ANSWERS AND OBJECTIONS

1. Defendants objects to the Interrogatories to the extent that they are overly broad, unduly burdensome, irrelevant, vague, and not reasonably calculated to lead to the discovery of admissible evidence.

2. Each of defendants General Objections are incorporated in response to each individual Interrogatory as if fully set forth therein. Each response is made subject to each of these General Objections.

3. Defendants reserve the right to supplement its responses to Plaintiff, Joe Hand Promotions, Inc., discovery requests upon completion of discovery.

## INTERROGATORIES

1. State YOUR full name and list all addresses, residential or commercial, possessed, owned, leased, occupied and/or controlled by YOU on the date of the PROGRAM.

**RESPONSE: Objection. The Defendant's full name is Eula Belle Sherman Neal or Eula Sheffield Neal or Eula Sherman Neal. The only addresses relevant to the claims and defenses of this lawsuit are the address of War Bama by**

Chris, LLC, which is 20069 Highway 84, Silas, Alabama 36919. The Defendant's residence is 6933 Earl Vaughn Road Meridian, Mississippi 39301. The Defendant also has a secondary residence at 113 Perrys Chapel Road Gainestown, Alabama 36540.

2. If applicable, identify the business entity that was doing business as the ESTABLISHMENT on the date of the PROGRAM.

RESPONSE: War Bama by Chris, LLC is the business entity that was doing business at the War Bama ESTABLISHMENT on the date of the program.

3. Identify each person or entity holding a financial interest in the ESTABLISHMENT on the date of the PROGRAM.

RESPONSE: The persons holding a financial interest in the War Bama on the date of the PROGRAM were Eula Sheffield Neal and Christopher Sherman.

4. Identify and provide job title, duties, work schedule, home and work telephone numbers, date of birth, and Social Security Number for all personnel who were employed by YOU on the date of the PROGRAM.

RESPONSE: Cindy Rush-bartender, serve patrons, Friday and Saturday from 8:00 pm -4:00 am, date of birth-▓▓▓, xxx-xx-▓▓▓, Steven Silvera, no other information is available.

5. Identify and provide job title, duties, work schedule, home and work telephone numbers, date of birth, and Social Security Number for all personnel who were employed by the ESTABLISHMENT on the date of the PROGRAM.

RESPONSE: See response to interrogatory number 4.. Christopher Sherman's social security number is ███████████ Mrs. Neal cannot remember Christopher Sherman's birthday with factual certainty.

6. State all functions and responsibilities which you have in operating the ESTABLISHMENT both generally and specifically on the date of the PROGRAM.

RESPONSE: Eula Neal did not have any functions or responsibilities in operating the ESTABLISHMENT on the date of the PROGRAM to the best of her knowledge. Mrs. Neal had no official capacity in the day-to-day operations of the War Bama on the date of the PROGRAM. Mrs. Neal does not believe she was present on the date of the program.

7. State in specific factual detail all income derived by the ESTABLISHMENT on the date of the PROGRAM including all gross receipts derived from cover charges, food sales, alcoholic and non-alcoholic beverage sales, equipment rentals, vending machines, video games, poker machines, pool tables, slot machines, tobacco sales, and any other source of income or revenue.

RESPONSE: Eula Neal is unable to state in specific factual detail all income derived by the ESTABLISHMENT on the date of the PROGRAM, as she was not involved in the management on the date of the PROGRAM. Eula Neal can state with factual certainty that on July 9, 2012, two deposits from the credit card machines at War Bama were credited to the War Bama by Chris checking account in the amount of $449.00 and $20.00. On July 10, 2012, a deposit of $494.00 was made into the War Bama by Chris checking account from the

above-referenced credit card machines. Mrs. Neal is unaware of whether these were the profits from the night of July 6, 2012, or July 7, 2012.

8.  State the Fire Code Occupancy and/or official maximum capacity of the ESTABLISHMENT.

**RESPONSE:** The Fire Code Occupancy and/or official maximum capacity is unknown to Mrs. Neal. Mrs. Neal cannot state with certainty what the actual maximum capacity of the War Bama.

9.  Identify the person(s) or entity(s) that held a liquor license for the ESTABLISHMENT on the date of the PROGRAM.

**RESPONSE: War Bama by Chris, LLC, in the name of Eula Sheffield Neal and Christopher Sherman, held a liquor license.**

10.  State in specific factual detail the method used to broadcast the PROGRAM at the ESTABLISHMENT.

**RESPONSE:** Eula Neal does not know whether the PROGRAM was broadcast or the method used to broadcast the PROGRAM.

11.  State the make, model, size, and location of all television sets at the ESTABLISHMENT on the date of the PROGRAM.

**RESPONSE:** The television sets present at the ESTABLISHMENT on the date of the PROGRAM were as follows: (a) a Sanyo television, approximate size 47 inches, was located above the bar. The model number is DP46849 and (b) a 105-inch pull down projector screen was located on the left wall across from the bar. Sony made the projector, but Defendant is unaware of the model number.

12.     State the make, model, size, and location of all television sets in or around the public areas of the ESTABLISHMENT that exhibited the PROGRAM.

**RESPONSE: There were no additional television sets in or around the public areas of the ESTABLISHMENT.**

13.     State the make, model, dish size, and unit identification number of all satellite dishes present on the property of or controlled by the ESTABLISHMENT on the date of the PROGRAM.

**RESPONSE: There was a satellite dish provided by DISH NETWORK present on the property of the ESTABLISHMENT on the date of the PROGRAM. Mrs. Neal is unaware of the make, model, size, and unit identification number of said satellite dish.**

14.     State the customer account name, account address, account telephone number, and account number for any satellite television programming for the ESTABLISHMENT on the date of the PROGRAM.

**RESPONSE:  The customer account name, account address, account telephone number, and account number for the Dish Network programming for the ESTABLISHMENT on the date of the PROGRAM is listed below: Account Name: Eula Neal; Account Address: 6933 Earl Vaughn Road Meridian, Mississippi 39301; Account Telephone Number: 601-644-3726; Account Number: 8255 9090 1294 7898.**

15.     State the customer account name, account address, account telephone number, and account number for any satellite television programming for YOU on the date of the PROGRAM.

**RESPONSE: Eula Neal had the following satellite television programming on the date of the PROGRAM: Account Name: Eula Neal; Account Address: 6933 Earl Vaughn Road Meridian, Mississippi 39301; Account Telephone Number: 601-644-3726; Account Number: 8255 9090 1294 7898.**

16. State the customer account name, account address, account telephone number, and account number for any cable television programming for the ESTABLISHMENT on the date of the PROGRAM.

**RESPONSE: The ESTABLISHMENT had no cable television programming on the date of the PROGRAM.**

17. State the customer account name, account address, account telephone number, and account number for any cable television programming for YOU on the date of the PROGRAM.

**RESPONSE: Eula Neal had no cable television programming on the date of the PROGRAM.**

18. State whether YOU or the ESTABLISHMENT have ever been accused of the unauthorized broadcast of any satellite, cable, or internet-based program or programming. If yes, state who made the allegations against you, when such allegations were made, the circumstances of the allegations and the disposition of any allegations.

**RESPONSE: Neither Eula Neal nor the ESTABLISHMENT has never been accused of the unauthorized broadcast of any satellite, cable, or internet-based program or programming.**

19. State whether the ESTABLISHMENT has a Facebook page. If yes, identify the individual that opened the account; identify the individual responsible for updating and maintaining the page; state the Facebook username; and state the e-mail address used to setup the account.

**RESPONSE: The ESTABLISHMENT had a Facebook page. Christopher Sherman opened the account, was responsible for updating and maintaining the page. Eula Neal did not have Facebook in 2012 nor did she know how to work Facebook in 2012, Mrs. Neal does not know the e-mail address used to setup the account.**

20. State whether the ESTABLISHMENT's Facebook page ever, generally or specifically, named, promoted, advertised or otherwise mentioned the exhibition of the PROGRAM. If yes, state whether such posts have since been deleted, when they were deleted, and the reasons for deleting the posts.

**RESPONSE: Eula Neal is unaware of the activity on the ESTABLISHMENT's Facebook page regarding the exhibition of the PROGRAM.**

21. State the date that YOU first became aware of JHP's assertions, allegations, and claims against YOU with regard to the broadcast of the PROGRAM at the ESTABLISHMENT.

**RESPONSE: Eula Neal first became aware of JHP's assertions, allegations, and claims with regard to the broadcast of the PROGRAM at the ESTABLISHMENT when she recalls receiving a letter in the mail at the ESTABLISHMENT'S address. Mrs. Neal does not recall when that was.**

22.     Identify each person, other than yourself, who participated in or supplied information used in answering any of the above interrogatories; for each such person, identify the specific interrogatory answer(s) they assisted in answering and the information provided by them.

**RESPONSE: My granddaughter Jennifer Brooke Marshall assisted with typing up the answers and explaining the questions to me. Mary Kidder assisted in answering Interrogatory No. 11 with regards to the make and model of the projector at the ESTABLISHMENT.**

/s/ *WILLIE J. HUNTLEY, JR. (HUNTW5746)*
Attorney for Defendants
Post Office Box 370
Mobile, Alabama 36601
(251) 434-0007
(251) 434-0086 – fax
huntfirm@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served the above and foregoing upon all counsel of record by electronic mail, property addressed, this 23rd day of April, 2015.

>F. Page Gamble, Esquire
>F. PAGE GAMBLE, P.C.
>300 Vestavia Parkway – Suite 2300
>Birmingham, Alabama 35216
>page@gamblelaw.net

>/s/ Willie J. Huntley, Jr.
>Of Counsel