IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | § | |
| Plaintiff, | § | |
| vs. | § | C.A. NO. 1:14-CV-00348-KD-C |
| WAR BAMA BY CHRIS, LLC, et al., | § | |
| Defendants. | § | |

## **FINAL SUMMARY JUDGMENT**

Before the Court is the Motion for Summary Judgment filed by Plaintiff Joe Hand Promotions, Inc. ("Plaintiff") seeking summary judgment against Defendants Eula Sheffield Neal, individually, and War Bama By Chris, LLC, d/b/a War Bama ("Defendants"). Upon consideration of the Motions, the accompanying briefs and evidence, the pleadings on file and the relevant authorities, the Court concludes that Plaintiff has established that it is an aggrieved party under the Federal Communications Act, 47 U.S.C. § 605 and recognizes Plaintiff's election to seek statutory damages. The Court also concludes the following:

1. The Court has jurisdiction over the subject matter and parties to this action;

2. Defendants exhibited the closed circuit, July 7, 2012 of Ultimate Fighting Championship 148: Silva v. Sonnen II Broadcast including undercard or preliminary bouts without authorization from Plaintiff (the "Event"); and

3. Defendants' actions were willful and for purposes of direct or indirect commercial advantage or private financial gain. Therefore, additional damages are warranted in this action.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

1. That Judgment be entered in favor of Plaintiff and against Defendants, Eula Sheffield Neal, individually, and War Bama By Chris, LLC jointly and severally;

2. That Plaintiff recover statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) from Defendants, jointly and severally, in the amount of $5,000.00;

3. That Plaintiff recover additional damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) from Defendants, jointly and severally, in the amount of $20,000.00;

4. That Plaintiff shall submit supporting attorney affidavits within _____ days of this Final Judgment to recover attorneys' fees and costs from Defendants, jointly and severally, for prosecution of this case;

5. The Court also awards Plaintiff court costs and post-judgment interest on the amounts awarded herein at an annual rate of ____ percent from the date of this Judgment until paid.

6. All writs and process for the enforcement and collection of this Judgment may issue as necessary.  In connection with any Writ of Execution in this case, the Court directs the United States Marshals Service to use any means or force reasonably necessary to satisfy this Judgment.

7. This Judgment is a final judgment.

SIGNED at Mobile, Alabama this _____ day of _____, 2015.

                                                                                                                      _____
                                                                                                                      Judge Kristi K. DuBose
                                                                                                                      United States District Judge