UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 1:14-cv-00348-KD-C |
| | ) |
| EULA SHEFIELD NEAL, et al., | ) |
| | ) |
| Defendants. | |

### RESPONSE OF DEFENDANTS TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Eula Sheffield Neal and War Bama by Chris, LLC, hereinafter collectively as War Bama and moves this Court for Summary Judgment to be denied on all claims because there is a genuine issue of material fact.

The response is based upon the pleadings, discovery, affidavits and evidence filed in this matter.

                                                s/ *Willie J. Huntley, Jr.*_____
                                                WILLIE J. HUNTLEY, JR. (HUNTW5746)
                                                THE HUNTLEY FIRM, P.C.
                                                Attorney for Defendants
                                                Post Office Box 370
                                                Mobile, Alabama 36601
                                                (251) 434-0007
                                                (251) 434-0086 – fax
                                                huntfirm@bellsouth.net

## **CERTIFICATE OF SERVICE**

    I do hereby certify that I have on this 1st day of June 2015 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    F. Page Gamble, Esquire

    s/ _Willie J. Huntley, Jr._