# AFFIDAVIT

STATE OF ALABAMA       )
                       ) S.S.
COUNTY OF CHOCTAW   )

I, EULA SHEFFIELD NEAL, of Meridian, Mississippi, MAKE OATH AND SAY THAT:

1. I am a resident citizen of sound mind and body residing at 6933 Earl Vaughn Road, Meridian, Mississippi 39301-9596. I am over the age of nineteen (19) years old.

2. Chris Sherman and I were the members of War Bama by Chris, LLC. Chris Sherman owned a forty percent interest in War Bama. Chris Sherman is my grandson. War Bama was an adult entertainment facility located in Silas, Alabama. Due to the tremendous economic losses incurred, the facility is no longer operating.

3. I was not responsible for nor was I informed or had knowledge of the day to day operations of War Bama. These responsibilities included employee management, promotional events, advertising, daily banking, management of the facility, customer relations and creation and enforcement of the rules and regulations governing the facility. The facility has a maximum seating capacity of two hundred (200) people. These responsibilities were performed by Chris Sherman.

4. Every patron entering the facility is required to purchase a membership

to enter the facility. There were two (2) television sets located in the facility. On July 7, 2012, I was not at the facility. I had not been at the facility for several months. I was not consulted or advised by Chris Sherman that any UFC event was advertised or that such event would be shown at the facility. I rented the satellite equipment from Dish Network for my residence. I was approached by Chris Sherman and asked if the equipment could be placed at the War Bama. I was told by Chris Sherman that due to the lack of cable, only a satellite system could be used to provide reception for the events being shown on basic satellite. Based on those representations, I allowed Chris Sherman to move the equipment to the facility. I had no knowledge the system would be used in a manner different than what I agreed.

5. I have reviewed banking information for War Bama and have determined that I nor War Bama received no financial gain or benefit from the UFC event. Chris Sherman purchased the event using my account with Dish Network without my permission or knowledge. I discovered the purchase during the course of providing discovery in this case.

_Eula Sheffield Neal_
EULA SHEFFIELD NEAL

State of Alabama )
)
County of Choctaw )

    EULA SHEFFIELD NEAL, being first duly sworn, deposes and says that the facts averred in the foregoing Affidavit are true and correct according to the best of her knowledge, information and belief.

    Sworn to and subscribed before me on this 1st day of June, 2015.

_Rhonda Roberts_
**Notary Public, State at Large**

My Commission Expires: 3-14-18