UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:14-CV-00348-KD-C |
| | : | |
| CHRISTOPHER SHERMAN, et al. | : | |
| | : | |
| Defendants. | : | |

_____

**PLAINTIFF, JOE HAND PROMOTIONS, INC'S PRETRIAL DISCLSOURES**

COMES NOW, Plaintiff, Joe Hand Promotions, Inc. (hereinafter "Plaintiff"), by and through its undersigned counsel, and timely files the following Pretrial Disclosures in accordance with Rule 26(a)(3) of the Federal Rules of Civil Procedure, and the Order for Pre-Trial Conference [Doc. No. 41]. Plaintiff JOE HAND PROMOTIONS, INC. hereby makes the following pretrial disclosures.

***Designation of Potential Witnesses:***

*Plaintiff expects to present the following witnesses at trial:*

1.     Ryan R. Janis, National Counsel and Attorney-in-Fact
Joe Hand, Jr., President
and/or other Representative of
Joe Hand Promotions, Inc.
c/o Jekielek & Janis, LLP
203 E. Pennsylvania Boulevard
Feasterville, PA 19053
(T) 215-396-2727
(F) 267-386-2167
ryan@jj-lawyers.com

*Plaintiff may call the following witnesses at trial if the need arises:*

2.   Walter Childess
      Arcas Investigations, Inc.
      251-434-0393
      arcas@arcas-investigations.com

3.   Eula Sheffield Neal
      c/o Huntley Law Firm
      P.O. Box 370
      Mobile, AL 36601
      (T) 334-434-0007

4.   Any witness identified through the course of discovery as having knowledge related to or in connection with Defendants' unauthorized and illegal receipt and exhibition of   Plaintiff's licensed events, including the event made the basis of this suit and/or the profits derived from same and/or financial benefit.

5.   Any witness listed by any other party.

6.   Plaintiff reserves the right to supplement its list of witnesses.

**Designation of Testifying Expert:**

1.   F. Page Gamble, Esq.
      F. PAGE GAMBLE P.C.
      300 Vestavia Parkway
      Suite 2300
      Birmingham, AL 35216
      T: (205) 795-2078
      E: page@gamblelaw.net

2.   Ryan R. Janis, Esq.
      Jekielek & Janis, LLP
      203 E. Pennsylvania Boulevard
      Feasterville, PA 19053
      (T) 215-396-2727
      (F) 267-386-2167
      ryan@jj-lawyers.com

*Plaintiff's Counsel related to attorney's fees, expenses, and costs as* <u>*mandated*</u> *by 47 U.S.C. § 605(e)(3)(B)(iii):*

3.   Plaintiff reserves its right to elicit opinion testimony from any and all experts designated, listed or called by any other party.

2

4.      Plaintiff reserves its right to elicit expert testimony from witnesses other than experts called by any other party who, although not expressly retained as experts by such other parties, are qualified as experts to provide admissible evidence in this case.

5.      Plaintiff reserves its right to elicit expert testimony on cross-examination from any person or entity from whom any other party is allowed to present expert testimony, including all persons designated by other parties in their designation of expert witnesses and/or designated as an expert witness in response to the interrogatories of any party.

6.      Plaintiff reserves its right to serve amended reports and elicit opinion testimony from individuals and expert witnesses as needed for rebuttal or impeachment and to supplement its designation as necessary for such purposes.

***List of Proposed Exhibits:***

*Plaintiff expects to offer the following exhibits at trial:*

1.      Distributorship Agreement and Addendum(s) to Distributorship Agreement between Zuffa, L.L.C., d/b/a the Ultimate Fighting Championship ("UFC") and Joe Hand Promotions, Inc.

2.      Joe Hand Promotions, Inc.'s rate card for UFC Programs effective on the date of Defendants' unauthorized exhibition referenced in the Complaint.

3.      Affidavit of Walter Childess (UFC Piracy Affidavit) and attendant pictures/videos.

*Plaintiff may offer the following exhibits at trial if the need arises:*

4.      Plaintiff reserves the right to use any documents produced by Defendants during the course of discovery, if any.

5.      Plaintiff reserves the right to use any documents subpoenaed or exchanged during the course of discovery in this action, if any.

6.      Plaintiff reserves the right to supplement this list of exhibits.

7.      Any exhibit listed by any other party.

Respectfully submitted,

Dated:  August 20, 2015                    By:  /s/ F. Page Gamble _____
                                           F. Page Gamble, Esq.
                                           F. PAGE GAMBLE P.C.
                                           300 Vestavia Parkway
                                           Suite 2300
                                           Birmingham, AL 35216
                                           T: (205) 795-2078
                                           E: page@gamblelaw.net

                                           Attorneys for Plaintiff


## CERTIFICATE OF SERVICE

I certify that a copy of Plaintiff's Pretrial Disclosures was served via ECF, on this 20th day of August, 2015 upon:

Willie J. Huntley, Jr.
Huntley Law Firm
P.O. Box 370
Mobile, AL 36601-0370
(334) 434-0007
Email: huntfirm@bellsouth.net

Attorney for Defendants


Dated: August 20, 2015                 By: /s/ F. Page Gamble _____
                                           F. Page Gamble

4