UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 1:14-CV-00348-KD-C |
| | : |
| WAR BAMA BY CHRIS LLC d/b/a WAR BAMA, et al. | : |
| | : |
| | : |
| Defendants. | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff JOE HAND PROMOTIONS, INC. seeks an order for dismissal, without prejudice, as to Defendants WAR BAMA BY CHRIS LLC d/b/a WAR BAMA and EULA SHEFFIELD NEAL, with the parties bearing their own expenses, costs of litigation and attorney's fees.

This 18th day of September, 2015.

/s/ F. Page Gamble
F. Page Gamble
F. Page Gamble PC
300 Vestavia Parkway, Suite 2300
Birmingham, Alabama 35216

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served the above and foregoing upon all counsel of record by electronic filing, properly addressed, this 18th day of September, 2015.

Willie J. Huntley, Jr.
The Huntley Law Firm
PO Box 370
Mobile, AL 36601-0370
wjhuntleyjr@yahoo.com

                                                 /s/ F. Page Gamble
                                                 OF COUNSEL